IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JUSTIN GROSSO,

       Appellant,

 v.

Case No.  5D21-2703
LT Case No. 2020-305499-CFDB

STATE OF FLORIDA,

       Appellee.

_____/

Decision filed May 23, 2022

Appeal from the Circuit Court
for Volusia County,
Raul A. Zambrano, Judge.

Matthew J. Metz, Public Defender,
and Steven N. Gosney, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Roberts J. Bradford,
Jr., Assistant Attorney General,
Daytona Beach, for Appellee.


PER CURIAM.

    AFFIRMED.



LAMBERT, C.J., TRAVER and WOZNIAK, JJ., concur.